# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUIS WILBERT BOYD, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-7639** |
| **MAJ. NOWACK** | **SECTION: "I"(3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims are **DISMISSED WITH PREJUDICE** as frivolous.

New Orleans, Louisiana, this  10th  day of March, 2010.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**